UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:04-CR-290-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO CHANGE NAME |
| | ) | |
| WILFREDO GUEVARA GIRON | ) | |
| a/k/a JOSE BONILLA, | ) | |
| Jose Manuel Bonilla, | ) | |
| Ycidoro M. Bonilla, | ) | |
| Edwar Lopez | ) | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to JOSE BONILLA be changed to correctly reflect the proper identification of the defendant as WILFREDO GUEVARA GIRON.

This the 25th day of October, 2013.

_____
JAMES C. FOX
Senior United States District Judge